UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PEACE COLLEGE OF RALEIGH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:09-CV-479-FL |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| SPECIALTY LINES INSURANCE | ) | |
| COMPANY and CHARTIS CLAIMS, | ) | |
| INC, formerly known as AIG | ) | |
| Domestic Claims, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for partial summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 16, 2010, and for the reasons set forth more specifically therein, that plaintiff's motion for partial summary judgment is granted and defendant's motion for partial summary judgment is denied. Defendants have an obligation to reimburse plaintiff for defense costs already incurred in Consolidation Coal Co. V. 3M Co., et al., No. 5:08-CV-463-FL (E.D.N.C.), and to assume the expense of plaintiff's defense going forward.

**This Judgment Filed and Entered on September 17, 2010, and Copies To:**

Keith Harrison Johnson (via CM/ECF Notice of Electronic Filing)
Thomas H. Davis, Jr. (via CM/ECF Notice of Electronic Filing)
Andrew A. Vanore, III (via CM/ECF Notice of Electronic Filing)
Susan K. Burkhart (via CM/ECF Notice of Electronic Filing)

September 17, 2010                    DENNIS P. IAVARONE, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk