IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 5:09-CV-00479-FL

| | |
|---|---|
| PEACE COLLEGE OF RALEIGH, INC. ) ) Plaintiff ) ) vs ) ) AMERICAN INTERNATIONAL ) SPECIALTY LINES INSURANCE ) COMPANY and CHARTIS CLAIMS, INC. ) (f/k/a AIG DOMESTIC CLAIMS, INC. ) ) Defendants ) ) | **ORDER** |

This matter comes before the Court on Defendants American International Specialty Lines Insurance Company's and Chartis Claims, Inc.'s (collectively, "Defendants") Motion to Stay Enforcement of Judgment Pending Appeal (Document 31).

It appears to the Court that the parties have reached a settlement and are in the process of finalizing the same, and that Plaintiff Peace College of Raleigh, Inc., joins in this Motion (Document 37). It is therefore, ORDERED that Defendants' Motion is Granted, and that the enforcement of the Judgment entered in this Matter shall be stayed pending the Appeal.

This the 3rd day of January, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Court Judge